UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:23-CR-00144-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSE ALBINO RAMOS HERNANDEZ** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change of plea hearing and allocution of the defendant, Jose Albino Ramos Hernandez, on June 28, 2024. The defendant was present with his counsel, Cody Vidrine.

After the hearing, and for the reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and that his guilty plea to Counts 1 and 3 is fully supported by a written factual basis for each of the essential elements of the offense.

Additionally, the defendant voluntarily waived the fourteen-day objection period that would otherwise be available under 28 U.S.C. § 636. (Rec. Doc. 42).

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Jose Albino Ramos Hernandez, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Jose Albino Ramos Hernandez be finally adjudged guilty of the offense charged in Counts 1 and 3.

THUS DONE AND SIGNED in chambers, at Lafayette, Louisiana, on July 1, 2024.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE