## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:23-CR-00144-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSE ALBINO RAMOS HERNANDEZ** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### <u>JUDGMENT</u>

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After considering the record, and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Jose Albino Ramos Hernandez, is ACCEPTED and he is fully adjudged guilty of the offense charged in Counts 1 and 3, consistent with the report and recommendation.

**IT IS FURTHER ORDERED** that sentencing is set for November 7, 2024, at 10:00 a.m., before the undersigned in Lake Charles, Louisiana.  Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter.

**THUS DONE AND SIGNED** in Chambers on the 25th day of July, 2024.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**